**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | | |
|---|---|---|
| VAMSIDHAR VURIMINDI, | : | No. 13 EM 2017 |
| Petitioner | : | |
| v. | : | |
| MR. ERIC FEDER, CLERK OF COURT, CT. COM. PL, PHILA AND COURT OF COMMON PLEAS, PHILADELPHIA, | : | |
| Respondents | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 28th day of February, 2017, the Application for Leave to File Original Process is **GRANTED**, and the Petition for Writ of Mandamus is **DENIED**.